IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON A. MARTIN,<br><br>            Plaintiff,<br><br>     v.<br><br>JANNELL PARKS, et al.,<br><br>            Defendants. | Case No. 2:07-CV-2796-LKK-KJM<br><br>ORDER PERMITTING UNITED STATES OF AMERICA TO APPEAR AS *AMICUS CURIAE* REGARDING ABSOLUTE IMMUNITY ISSUE; AND EXTENDING TIME FOR DEFENDANTS MAGISTRATE JUDGE GREGORY G. HOLLOWS AND U.S. ATTORNEY McGREGOR W. SCOTT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT UNTIL FURTHER ORDER OF THE COURT |

Upon consideration of the *ex parte* application of the United States of America for an order: 1) permitting the United States to appear as *amicus curiae*; and, 2) extending the time for defendants United States Magistrate Judge Gregory G. Hollows and United States Attorney McGregor W. Scott to answer, move, or otherwise respond to the complaint until further order of Court, the memorandum of points and authorities in support thereof, and the files and records in this case, and for good cause shown,

    IT IS HEREBY ORDERED that the United States of America is granted leave to appear as *amicus curiae* in this action.

////

////

1   IT IS ALSO ORDERED that the time for defendants Magistrate Judge Hollows and U.S. Attorney Scott to answer, move, or otherwise respond to the complaint is stayed until further order of Court.

   IT IS FURTHER ORDERED that the proposed memorandum of law that *amicus curiae* United States of America submitted as Exhibit A to its *ex parte* application be filed herein by the Clerk of the Court as a separate docket entry and served on plaintiff.

   IT IS SO ORDERED.

DATED:  March 7, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE