IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON A. MARTIN,

      Plaintiff,                    No. CIV S-07-2796 LKK EFB PS

   vs.

JENNELL PARKS, et al.,          ORDER AND ORDER TO SHOW CAUSE

      Defendants.
_____/

      Plaintiff is proceeding pro se in this action, which was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Of the thirty-five named defendants, more than twenty have filed amended motions to dismiss, noticed for hearing on April 16, 2008. Specifically, the defendants affiliated with the County of Sacramento filed an amended motion to dismiss and a motion to strike, both of which are noticed for hearing on April 16, 2008. Defendant Edmund G. Brown, California Attorney General, has joined that motion. Defendants Placer Title Company and Phyllis Sylvia have filed a separate motion to dismiss, which is set for hearing on April 16, 2008. Defendants Hon. James Mize and Hon. Roland Candee have also filed a motion to dismiss, which is noticed for hearing on April 16.[1]

---

[1] Defendants Hon. Gregory G. Hollows and the United States Attorney for the Eastern District of California, McGregor Scott, have also filed a memorandum of law in support of

1

1  Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen
2  days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that
3  plaintiff has failed to file an opposition or a statement of non-opposition to all pending motions,
4  except the one filed by defendants Mize and Candee.
5  Failure to comply with the Local Rules "may be grounds for imposition by the Court of
6  any and all sanctions authorized by statute or Rule or within the inherent power of the Court."
7  E.D. Cal. L. R. 11-110; *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Additionally,
8  "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written
9  opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).[2] Pro se litigants
10 are bound by the rules of procedure, even though pleadings are liberally construed in their favor.
11 *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987); *Jacobsen v. Filler*, 790 F.2d 1362, 1364-65
12 (9th Cir.1986). The Local Rules specifically provide that cases of persons appearing *in propria*
13 *persona* who fail to comply with the Federal and Local Rules are subject to dismissal, judgment
14 by default, and other appropriate sanctions. E.D. Cal. L. R. 83-183.
15 Good cause appearing, IT IS HEREBY ORDERED that:
16 1. The hearing date of April 16, 2008, is vacated. Hearing on defendants' motion is
17 continued to May 7, 2008 at 10:00 a.m.[3]
18 2. Plaintiff shall show cause, in writing, no later than April 16, 2008, why sanctions
19 should not be imposed for failure timely to file an opposition or a statement of non-opposition to
20 all pending motions.
21 ////

---

23 dismissal.

24 [2] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. E.D. Cal. L. R. 78-230(j).

26 [3] The court will also take up defendant Attorney General Edmund G. Brown's joinder and plaintiff's motion to strike at the May 7, 2008, hearing.

3. Plaintiff is directed to file an opposition, if any, to each of the motions, or a statement of non-opposition thereto, no later than April 23, 2008. Defendants' reply thereto, if any, shall be due no later than April 30, 2008. Failure to file an opposition or a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3