UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON A. MARTIN, real-
party-in-interest,

        Plaintiff,

    v.

JENNELL PARKS, in her
official and individual
capacity, et al.,

        Defendants.

_____/

NO. CIV. S-07-2796 LKK/EFB PS

JACKIE MELLOW and SHARON A.
MARTIN,

        Plaintiffs,

    v.

SACRAMENTO COUNTY, in its
municipal capacity, et al.,

        Defendants.

_____/

No. CIV. S-08-27 LKK/EFB PS

////

////

////

1

1  MICHAEL D. AMBLER, real-
   party-in-interest,
2
              Plaintiff,              No. CIV. S-08-884 RBB/DAD PS
3
       v.
4
   JENNELL PARKS, in her
5  official and individual              O R D E R
   capacity, et al.,
6
              Defendants.
7  _____/

8      It has come to the court's attention that <u>Ambler v. Parks</u>, 08-

9  884, was previously reassigned from Judge Damrell to Judge

10 Beistline.   The court withdraws the related case order as it

11 pertains to <u>Ambler</u>.  The other two cases, <u>Martin v. Parks</u>, 07-2796,

12 and <u>Mellow v. Sacramento County</u>, 08-27, shall remain related.

13     <u>Martin</u> and <u>Mellow</u> were also incorrectly reassigned to

14 Magistrate Judge Mueller; given her recusal order of February 29,

15 2008, the cases should have been reassigned to Magistrate Judge

16 Brennan.  The corrected captions are used above.

17     IT IS SO ORDERED.

18     DATED:  June 16, 2008.

19

20

21     LAWRENCE K. KARLTON
       SENIOR JUDGE
22     UNITED STATES DISTRICT COURT

23

24

25

26