IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON A. MARTIN,

      Plaintiff,                                  No. CIV S-07-2796 LKK EFB PS

    vs.

JENNELL PARKS, et al.,

      Defendants.                                 ORDER

_____/

        On July 11, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.[1]

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing,

---

[1] On July 14, 2008, plaintiff appealed this court's related case order. See doc. no. 83. In the notice of appeal, she objects to the referral of this case to the magistrate judge. To the extent plaintiff intended the notice of appeal to serve as an objection to the magistrate judge's findings and recommendations, the court finds such objections to be without merit. See 28 U.S.C. § 636(b)(1).

concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 11, 2008, are ADOPTED;

2. The complaint is dismissed without further leave to amend; and,

3. The Clerk is directed to close the case.

DATED:   August 20, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2